United States District Court
Northern District of California

1

2

3

4   UNITED STATES DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6

7   KIMBERLY BRYANT,                          Case No. 22-cv-04643-JST

8             Plaintiff,

9        v.                                    **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
10  HEATHER HILES, et al.,

11            Defendants.

12

13        At Plaintiff's request, ECF No. 13, the case management conference scheduled for March

14  21, 2023 is continued to June 27, 2023 at 2:00 p.m.  An updated case management statement is

15  due June 20, 2023.  In preparing that statement, counsel shall set forth the necessary information

16  in full and not incorporate prior statements by reference.

17        The Court is unlikely to grant further continuances.  The Court reminds Plaintiff of her

18  obligation under Rule 4(m) of the Federal Rules of Civil Procedure.

19        **IT IS SO ORDERED.**

20  Dated:  March 16, 2023

21                                             _____
                                               JON S. TIGAR
22                                             United States District Judge

23

24

25

26

27

28