MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.
(erroneously sued as WELLS FARGO & COMPANY),
CHARLES W. SCHARF, and MICHAEL P. SANTOMASSIMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLACK GIRLS CODE, a California Non-Profit Public Benefit Corporation; HEATHER HILES, an individual; STACY BROWN-PHILPOT, an individual; SHERMAN WHITES, an individual; SOFIA MOHAMMED; WELLS FARGO & COMPANY; CHARLES W. SCHARF; MICHAEL P. SANTOMASSIMO; and DOES 1 – 50, inclusive.<br><br>　　　　Defendants. | Case No. 4:22-cv-04643-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION TO EXTEND TIME PER CIV. L.R. 6-1**<br><br>Action Filed:　August 11, 2022<br>FAC Filed:　　February 24, 2023<br>Trial Date:　　None Set |

　　　　Plaintiff Kimberly Bryant ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiff and Wells Fargo are referred to as "the Parties"), respectfully submit the following Stipulation to extend time in this case pursuant to Civ. L.R. 6.1:

**STIPULATION**

　　　　WHEREAS, Plaintiff filed her Complaint on August 11, 2022,

　　　　WHEREAS, Plaintiff filed her First Amended Complaint on February 24, 2023,

　　　　WHEREAS, Wells Fargo was served with the Summons and First Amended Complaint on

1  April 21, 2023,

2  WHEREAS, Wells Fargo's deadline to respond to the First Amended Complaint is
3  currently March 12, 2023,

4  WHEREAS, Plaintiff has served counsel for Well Fargo with "Notices of
5  Acknowledgment of Service of the Summons and of the Complaint" for co-defendants Charles W.
6  Scharf and Michael P. Santomassimo on May 4, 2023,

7  WHEREAS, counsel for Scharf and Santomassimo has signed and returned the "Notices"
8  on May 5, 2023,

9  WHEREAS, Scharf and Santomassimo's deadline to respond to the First Amended
10  Complaint is currently July 5, 2023,

11  WHEREAS, Plaintiff is also actively working on a settlement with the non-Wells Fargo
12  defendants and is interested in exploring settlement with Wells Fargo,

13  WHEREAS, Plaintiff has agreed to extend Wells Fargo's deadline to respond to the First
14  Amended Complaint to July 5, 2023, in order to coordinate the response deadline for the Wells
15  Fargo defendants and to allow the parties time to explore settlement

16  WHEREAS, the change in the deadline for Wells Fargo to respond to the First Amended
17  Complaint will not alter the date of any event or any deadline already fixed by the Court, local
18  rules, or the Federal Rules of Civil Procedure.

19  THEREFORE, the parties stipulate as follows:

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

## STIPULATION

1. The deadline for Wells Fargo, Scharf, and Santomassimo to respond to the First Amended Complaint shall be July 5, 2023.

2. The change in the deadline for Wells Fargo to respond to the First Amended Complaint will not alter the date of any event or any deadline already fixed by the Court, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: May 5, 2023                    SEVERSON & WERSON
                                      A Professional Corporation


                                      By:    */s/ Mark Wraight*
                                                Mark Wraight

                                      Attorneys for Defendants WELLS FARGO BANK, N.A. (erroneously sued as WELLS FARGO & COMPANY), CHARLES W. SCHARF, and MICHAEL P. SANTOMASSIMO


DATED: May 5, 2023                    Law Offices of Bonner & Bonner


                                      By:    */s/ Charles A. Bonner*
                                                Charles A. Bonner
                                                Adam Cabral Bonner

                                      Attorneys for Plaintiff KIMBERLY BRYANT


I, Mark Wraight, am the ECF user whose ID and password are being used to file this document. I hereby attest that the signatory above has concurred with this filing.

                                                    */s/ Mark Wraight*
                                                       Mark Wraight